IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                                  Plaintiff,                          ORDER

v.

                                                                  23-cr-26-jdp

LLOYD M. McKIRE-BENNETT, *et al*.,

                                Defendants.
_____

       The pretrial motion hearing for all defendants is scheduled for February 1, 2024. Based on what was filed–and what was not–this hearing is converted to telephonic, and most of the defendants and their attorneys are excused from participating. Here's the breakout:

       Only defendant Wilson filed any motions or discovery demands, and none of them requires evidence to be taken. *See* dkts. 106-109. Accordingly, counsel for Wilson must participate in the February 1 telephonic motion hearing along with the government so that we can discuss these motions and set a briefing schedule if necessary.

       Defendant Glover has filed a plea agreement and has a change-of-plea hearing scheduled for January 30, 2024, so he and his attorney are excused from the February 1 telephonic hearing. Counsel for defendant Davis has informally advised the court that Davis has reached a plea agreement with the government, which the court assumes will be filed soon. Based on counsel's report, Davis and his attorney are excused from the February 1 telephonic hearing.

       Counsel for defendant McKire-Bennet and for defendant Leyvas each has filed a letter reporting that counsel has chosen to file not pretrial motions and explaining why not. *See* dkts. 113 and 121. Therefore, these two defendants and their attorneys are excused from the February 1 telephonic hearing.

       This leaves defendants Stevenson and Walker, who have not filed any motions or letters. If counsel for either of these defendants files an adequate "no motions" letter with the court by noon on Wednesday, January 31, 2024, then the attorney for that defendant will be excused from participating in the February 1 telephonic hearing. Absent a timely-filed letter, counsel must participate in the February 1 hearing in order to make the necessary record on counsel's decision not to file any pretrial motions.

       Entered this 29th day of January, 2024.

                                                         BY THE COURT:

                                                       /s/

                                                       STEPHEN L. CROCKER
                                                      Magistrate Judge